**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRANDYWINE VILLAGE ASSOCIATES, LP AND L&R PARTNERSHIP, LLC, | : | No. 553 MAL 2021 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| EAST BRANDYWINE TOWNSHIP BOARD OF SUPERVISORS AND CARLINO EAST BRANDYWINE, L.P., | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 29th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.

　　Justice Brobson did not participate in the consideration or decision of this matter.